IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-083 |
| | ) | |
| JUSTIN W. FIELDS | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all of Defendant's pretrial motions have been resolved except for Defendant's motion to suppress and motion to preserve record as to the race of each venireman. (See doc. no. 36) Therefore, Defendant's pretrial motions, excluding the motion to suppress and motion to preserve the record, are **MOOT**. (Doc. nos. 20-25, 27-29.)

The Court will hold a hearing on the above motions (doc. nos. 26, 30), on Thursday, January 21, 2016 at 10:00 a.m. in Courtroom One, Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia.

SO ORDERED this 4th day of January, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA